# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **ROBERT MANCIL,** | : |
| **Petitioner** | : |
| v. | : |
| | :   **5:05-CV-375 (WDO)** |
| **TIMOTHY WARD, Warden,** | : |
| **Respondent** | : |

## ORDER

Having carefully considered the Magistrate Judge's Report and Recommendation to deny this habeas petition, and there being no objection thereto, the Recommendation is ADOPTED and made the order of the Court.

**SO ORDERED this 8th day of June, 2006.**

**S/**
**WILBUR D. OWENS, JR.**
**UNITED STATES DISTRICT COURT**